20160722100712

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND COMPLAINT**
EFFECTED (1) BY ME: **EDWARD ABRAHAM**
TITLE: **PROCESS SERVER**

DATE: **7/26/2016 12:06:31 PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

EDWARD HICKEY, TREASURER

Place where served:

C/O FRUIT IMPORTERS AMERICA, INC. 60 PARK PLACE, 14TH FLOOR NEWARK NJ 07102

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

EDWARD HICKEY, TREASURER

Relationship to defendant **SELF**

Description of Person Accepting Service:

SEX: M AGE: 65+ HEIGHT: 5'9"-6'0" WEIGHT: 161-200 LBS. SKIN: WHITE HAIR: GRAY OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ ____.__ SERVICES $____.__ TOTAL $____.__

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 07 / 21 / 2016 __________ L.S.

SIGNATURE OF EDWARD ABRAHAM
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

07/27/16

JACKELYNE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 15, 2020

ATTORNEY: LEONARD KREINCES, ESQ.
PLAINTIFF: ESPOSITO BROTHERS INC. D/B/A J. ESPOSITO & SONS
DEFENDANT: FRUIT IMPORTERS AMERICAS INC, ET AL
VENUE: DISTRICT
DOCKET: 1 16 CV 04000 NG VMS
COMMENT:

JB